| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Blake Hatlem<br>Task Force Officer: Jennifer Kapushinski | Telephone: (313) 226-9613<br>Telephone: (313) 949-0135 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
　v.
Sebrell Cole

Case No.　Case: 2:20-mj-30390
　　　　　Judge: Unassigned,
　　　　　Filed: 09-17-2020 At 04:13 PM
　　　　　USA v. SEALED MATTER(CMP)(MLW)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 8, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(n) | illegal receipt of a firearm by a person under indictment |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

*Jennifer Kapushinski*
*Complainant's signature*

Jennifer Kapushinski, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __September 16, 2020__

*Judge's signature*

City and state: __Detroit, MI__

Hon. Anthony Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, JENNIFER KAPUSHINSKI, having been duly sworn, state as follows:

1. I am a Task Force Officer with the Federal Bureau of Investigations assigned to the Violent Gang Task Force (VGTF), and have been since October of 2018. I've been employed as a police officer for the city of Detroit since November of 2014. I was assigned to the Detroit Police Gang Intelligence Unit in approximately March of 2016 where I assisted in gang-related investigations until I began working with the FBI Violent Gang Task Force in approximately October of 2018 where I continued assisting with gang-related investigations. I've been involved in numerous investigations regarding non-fatal and fatal shootings with a gang nexus as well as additional gang-related investigations.

1. I make this affidavit from personal knowledge based on my participation in this investigation, including communications with others who have personal knowledge of the events and circumstances described herein, oral and written reports about this investigation which your affiant received, directly or indirectly from law enforcement personnel, and information gained through my training and experience.

2. I am currently involved in an investigation of a subject

1

identified as SEBRELL COLE, who currently resides in Detroit, Michigan. This investigation concerns SEBRELL COLE and violations of federal firearms laws.

3. The information outlined below is provided for the limited purpose of establishing probable cause, and does not contain all details or all facts which exist pertaining to this investigation. This affidavit is provided in support of an application for a complaint and an arrest warrant of SEBRELL COLE. Your affiant believes SEBRELL COLE violated Title 18, United States Code, Section 922(n) (illegal receipt of a firearm by a person under indictment).

**INVESTIGATION & PROBABLE CAUSE**

4. A review of SEBRELL COLE's criminal history shows that he was arrested on May 28, 2020 for the felony offense of Carrying a Concealed Weapon. He was arraigned on May 30, 2020 in the 36th District Court of Michigan. Following his arraignment SEBRELL COLE was released on a personal bond with a condition that he "not possess any firearm."

5. On August 8, 2020, a rap music video was recorded in front of 18990 Hamburg Street in the city of Detroit. The music video is titled "Blow the Extras" and features rappers known as "Vandyke Tez," "Starterboi Tee,"

2

BG Skoot," and "Brello Back." SEBRELL COLE's rap name is "Brello Back." In the music video there are numerous long guns and handguns displayed throughout, including multiple images of SEBRELL COLE holding a black handgun with a clear extended magazine loaded with live rounds. The YouTube website displays August 9, 2020 as the date the video was uploaded to the website for viewing.

6. On August 13, 2020, members of the Detroit Police Department's 9th Precinct Special Operations and Ceasefire Unit executed a search warrant at 18990 Hamburg Street. SEBRELL COLE was located inside of a back bedroom. Also discovered in the back bedroom was an unknown amount of marijuana, $5,002.00 in US currency, a black and green model 17 Glock handgun with a clear extended magazine loaded with live rounds, a black model 22 Glock handgun with a clear extended magazine loaded with live rounds, a black Palmetto State Armor model PA-15 long gun loaded with a clear drum magazine containing several live rounds, and a Smith & Wesson model M&P 15 long gun loaded with a black drum magazine containing several live rounds.

7. The black Glock model 22 handgun and the Smith & Wesson model M&P 15 long gun are listed as stolen per the Law Enforcement Information Network (LEIN). The black Glock 22 handgun was stolen on

April 3, 2020. The Smith & Wesson model M&P 15 long gun was stolen on June 12, 2020.

8. On August 13, 2020, members of the Detroit Police Department took a written statement from SEBRELL COLE. In the statement, COLE states that he was arrested for a firearm on May 28, 2020. COLE further states that he is on bond and knows that a condition of his bond is not to possess a firearm. SEBRELL COLE also stated that the music video "Blow the Extras" was filmed on August 8, 2020.

9. On September 15, 2020, I contacted the Bureau of Alcohol, Tobacco, Firearms and Explosives Nexus Expert Special Agent Michael Jacobs regarding the status of all four firearms. Special Agent Michael Jacobs stated that based on the descriptions provided, without physically examining the firearms, the firearms were manufactured outside of the state of Michigan, and therefore had traveled in and affected interstate commerce.

10. Based on the above facts, I believe there is probable cause that SEBRELL COLE did violate Title 18, United States Code, Section 922(n) (illegal receipt of a firearm by a person under indictment).

_Jennifer Kapushinski_
Task Force Officer Jennifer Kapushinski
Federal Bureau of Investigations

Sworn to before me and subscribed in my presence, this 16th day of SEPTEMBER 2020.

_____
Honorable Anthony P. Patti
U. S. Magistrate Judge

Task Force Officer Jennifer Kapushinski

5